UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:16MJ181 (SALM) |
| ALISON GU | : | June 24, 2016 |

MOTION TO PERMIT OUT OF STATE TRAVEL

The Defendant, Alison Gu, respectfully moves this Honorable Court to amend the conditions of her Bond to permit her to travel outside the state of Connecticut. Specifically, she seeks permission to travel to Yarmouth, Massachusetts to attend memorial services for her aunt, Clare Rhoades, who died in a hit and run accident. On June 21, 2016, Ms. Gu was presented for the purposes of Rule 5 proceedings, from a matter pending in the District of Vermont. At that time she was released on an unsecured bond of $50,000.00, with conditions including, the promise to appear in the District of Vermont, on June 29, 2016, for her arraignment; and restricted travel within the state of Connecticut, and the state of Vermont, for legal matters pertaining to her case. Ms. Gu is currently in compliance with the terms and conditions of her bond.

At this time, Ms. Gu seeks permission to drive with her family, on Monday, June 27, 2016, to Yarmouth, MA, in order to attend memorial services for her aunt, Clare Rhoades, who was killed in a hit and run accident. Ms. Gu intends to return on Tuesday, June 28, 2016. While in Massachusetts, her family will stay at 184 S. Sea Avenue, Yarmouth, MA. On June 29, 2016, she will travel, as ordered, to the District of Vermont for her court matter.

Should the Court grant this motion, Ms. Gu will provide her supervising pre-trial services officer with details of her trip, if requested. Senior United States Probation Officer Robert Bouffard

does not object to this motion.  Assistant United States Attorney Liam Brennan defers to the probation offices' assessment regarding the motion.

    Wherefore, Ms. Gu respectfully requests that this Court permit her to travel to Yarmouth, MA, to attend memorial services.

                              Respectfully submitted,

                              THE DEFENDANT,
                              Alison Gu

                              FEDERAL DEFENDER OFFICE

Dated:  June 24, 2016            /s/ Tracy Hayes
                                        Tracy Hayes
                                        Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT 061510
                                        Phone: (203) 498-4200
                                        Bar No.: phv06527
                                        Email: tracy_hayes@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 24, 2016, a copy of the foregoing Motion for Out of State Travel was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/ Tracy Hayes
                              Tracy Hayes